IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND TILLMAN, | : | |
| | : | |
| Petitioner, | : | Case No. 2:98-CR-120 |
| | : | |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| | : | Magistrate Judge King |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### OPINION & ORDER

This matter is before the Court on Petitioner Raymond Tillman's Motion for Reconsideration. On February 15, 2006, the Court issued an Order Adopting the Report and Recommendations, dismissing Petitioner's habeas action. Petitioner now moves to reconsider the Court's order pursuant to Federal Rule of Civil Procedure 59(e). Petitioner's motion is untimely. A motion for reconsideration must be filed no later than 10 days after the entry of the judgment. F.R.Civ.P. § 59(e). Petitioner brought this motion on March 27, 2006, almost six weeks after the Court's order. It is therefore **DENIED**.

**IT IS SO ORDERED.**

                                          s/Algenon L. Marbley
                                          ALGENON L. MARBLEY
                                          UNITED STATES DISTRICT COURT

Dated: January 31, 2008